**John F. CARLSON**

v.

**Susan P. CARLSON.**

No. 81–388–A.

Supreme Court of Rhode Island.

April 29, 1982.

Lovett & Morgera, Ltd., Aram Schefrin, Providence, for plaintiff.

James B. Callahan, Newport, for defendant.

ORDER

The defendant's motion to affirm the decision of the Family Court pursuant to Rule 16(g) is denied.

**FACTORY MUTUAL RESEARCH CORP.**

v.

**John H. NORBERG, Tax Administrator.**

No. 82–158–M.P.

Supreme Court of Rhode Island.

April 29, 1982.

Hinckley & Allen, H. Peter Olsen, Mark A. Dingley, Providence, for plaintiff-respondent.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk-Spencer, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.

**Jeffrey KOLB et al.**

v.

**Christine L. KONAR et al.**

No. 82–130–A.

Supreme Court of Rhode Island.

April 29, 1982.

Gordon & Levitt, Mary Jo Carr, Warwick, for plaintiffs.

Patrick O'N. Hayes, Jr., Newport, for defendants.

ORDER

The plaintiffs' motion for expedited hearing is denied without prejudice however to plaintiffs' renewing said motion after the briefs herein are filed.